IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 05-12685 (KG) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### NOTICE OF APPEAL

The Bank of New York ("BNY"), as Indenture Trustee, by and through its undersigned counsel, pursuant to Bankruptcy Rule 8001 and 28 U.S.C. 158(a), appeals from the *Order Denying the Request of the Bank of New York, as Indenture Trustee, to Compel the Reorganized Debtors to Pay Post-Maturity Compound Interest on the 2005 Notes (Docket Item No. 2430)*, dated March 23, 2007.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**APPELLANTS:**

| | |
|---|---|
| The Bank of New York | POTTER ANDERSON & CORROON LLP<br>Laurie Selber Silverstein (No. 2396)<br>Gabriel MacConaill (No. 4734)<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br><br>DECHERT LLP<br>Glenn E. Siegel<br>Davin J. Hall<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599 |

**APPELLEES**:

Foamex International, Inc. Foamex L.P.,
Foamex Latin America, Inc.,
Foamex Asia, Inc.,
FMXI, Inc., Foamex Carpet Cushion LLC,
Foamex Capital Corporation,
Foamex Mexico, Inc.,
and Foamex Mexico II, Inc.

YOUNG CONAWAY STARGATT &
TAYLOR
Pauline K. Morgan
Joseph M. Barry
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Alan W. Kornberg
Brian S. Herman
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Dated: April 2, 2007

POTTER ANDERSON & CORROON LLP

*/s/ Laurie Selber Silverstein*

Laurie Selber Silverstein (No. 2396)
Gabriel MacConaill (No. 4734)
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

DECHERT LLP
Glenn E. Siegel
David J. Hall
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

Counsel for The Bank of New York, as
Indenture Trustee

2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOAMEX INTERNATIONAL INC., *et al.*, | ) | Case No. 05 – 12685 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Ref. Docket Nos. 2298, 2379 and 2400 |

**ORDER DENYING THE REQUEST OF THE BANK OF NEW YORK,
AS INDENTURE TRUSTEE, TO COMPEL THE REORGANIZED DEBTORS
TO PAY POST-MATURITY COMPOUND INTEREST ON THE 2005 NOTES**

Upon consideration of the request of The Bank of New York ("BNY") for an order compelling payment of post-maturity compound interest as set forth in the *Memorandum of Law of The Bank of New York, as Indenture Trustee, In Support of Entry of Order Compelling Debtors to Pay Post-Maturity Compound Interest on Their 2005 Notes in Accordance with their Confirmed Chapter 11 Plan* filed by BNY on February 12, 2007 (the "BNY Opening Brief") [*see* Docket No. 2298]; and the Court having considered the objection (the "Objection") to BNY's request filed by the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") [*see* Docket No. 2379] and BNY's reply thereto (the "BNY Reply") [*see* Docket No. 2400]; and the Court having held a hearing to consider BNY's request, the BNY Opening Brief, the Objection and the BNY Reply on March 21, 2007 (the "Hearing"); and the Court having hearing oral argument from BNY and the Reorganized Debtors at the Hearing; and the Court having entered findings of fact and conclusions of law on the record at the Hearing, all of which are incorporated herein by reference; it is hereby

DB02:5858265.2                                                                                           064397.1001

2

ORDERED, that for the reasons set forth on the record at the Hearing, the Objection is sustained and BNY's request for payment of post-maturity compound interest is denied.

Dated: Wilmington, Delaware
       March 23, 2007

_____
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __05-12685-KG__    ●BK   ○AP
If AP, related BK Case Number: _____

Title of Order Appealed:
See Attachment
Docket Number: __2430__    Date Entered: __3/23/2007__

Item Transmitted:   ● Notice of Appeal        ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal   ○ Cross Appeal
                    Docket Number: __2443__    Date Filed: __4/2/2007__

*Appellant/Cross Appellant:          *Appellee/Cross Appellee
The Bank of New York                  Foamex International Inc., et al.
Counsel for Appellant:                Counsel for Appellee:
See Attachment                        See Attachment

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ●Yes   ○No

IFP Motion Filed by Appellant?   ○Yes   ●No

Have Additional Appeals to the Same Order been Filed?   ○Yes   ●No
    If so, has District Court assigned a Civil Action Number?   ○Yes  ○No   Civil Action # _____

Additional Notes:
Appellee did not file a Designation of Additional Items to be included in the record.

__4/20/2007__                          By: __M. Lopez__
Date                                         Deputy Clerk

                                       FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: __07-12__
7/6/06

**Attachment**

**Title of Order Appealed:**

Order Denying the Request of The Bank of New York, as Indenture Trustee, to Compel the Reorganized Debtors to Pay Post-Maturity Compound Interest on the 2005 Notes

**Counsel for Appellant:**

| | |
|---|---|
| Laurie Selber Silverstein | Glenn E. Siegel |
| Gabriel MacConaill | Davin J. Hall |
| Potter Anderson & Corroon LLP | Dechert LLP |
| Hercules Plaza | 30 Rockefeller Plaza |
| 1313 North Market Street, 6th Floor | New York, New York 10112 |
| Wilmington, Delaware 19801 | 212-698-3500 |
| 302-984-6000 | |

**Counsel for Appellee:**

| | |
|---|---|
| Pauline K. Morgan | Alan W. Kornberg |
| Joseph M. Barry | Brian S. Herman |
| Young Conaway Stargatt & Taylor | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| The Brandywine Building | 1285 Avenue of the Americas |
| 1000 West Street, 17th Floor | New York, New York 10019 |
| Wilmington, Delaware 19899 | 212-373-3000 |
| 302-571-6600 | |