IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| Foamex International Inc., et al., | : : : | Bankruptcy Case 05-12685 |
| Debtors. | : | |
| BANK OF NEW YORK as Indenture Trustee, | : : | |
| Appellant, | : : | |
| v. | : : | Civil Action No. 07-212 JJF |
| FOAMEX INTERNATIONAL INC., | : : | |
| Appellee. | : | |

### O R D E R

WHEREAS, Appellant, The Bank of New York as Indenture Trustee, has requested that the parties be excused from the mandatory mediation process (D.I. 4);

WHEREAS, Appellees do not oppose the request;

NOW THEREFORE, IT IS HEREBY ORDERED that Appellant's Request To Be Excused From Mediation (D.I. 4) is **GRANTED**.

IT IS FURTHER ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed withing

**fifteen (15) days** of receipt of opening brief.

Reply Brief on appeal shall be filed within **ten (10) days** of receipt of answering brief.

June 8, 2007
DATE

UNITED STATES DISTRICT JUDGE