IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              )   Chapter 11
                                                    )
FOAMEX INTERNATIONAL INC.                           )   Case No. 05-12685 (KG)
                                                    )
            Reorganized Debtor.                     )
---------------------------------------------------------------x
                                                    )
THE BANK OF NEW YORK, AS INDENTURE                  )   Civil Action No. 07-00212 (JJF)
TRUSTEE,                                            )
                                                    )
            Appellant,                              )
                                                    )
      v.                                            )
                                                    )
FOAMEX INTERNATIONAL INC.                           )
                                                    )
            Appellee.                               )
                                                    )
---------------------------------------------------------------x

## REQUEST OF APPELLANT THE BANK OF NEW YORK FOR ORAL ARGUMENT

Pursuant to Federal Rule of Bankruptcy Procedure 8012, Appellant The Bank of New York, as Indenture Trustee, by and through its undersigned counsel, hereby requests that oral argument be heard on its appeal of the Bankruptcy Court for the District of Delaware's *Order Denying the Request of the Bank of New York, as Indenture Trustee, to Compel the Reorganized Debtors to Pay Post-Maturity Compound Interest on the 2005 Notes*.

Dated: July 25, 2007

POTTER ANDERSON & CORROON LLP

Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

DECHERT LLP
Glenn E. Siegel
Ross L. Hirsch
Davin J. Hall
30 Rockefeller Plaza
New York, New York  10112
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel for The Bank of New York, as Indenture Trustee*

## CERTIFICATE OF SERVICE

      I, Gabriel R. MacConaill, certify that I am not less than 18 years of age and that on this 25th day of July, 2007, I caused a true and correct copy of the within **Request of Appellant the Bank of New York for Oral Argument** to be served upon the parties below in the matter indicated:

**APPELLEES**:

**BY HAND DELIVERY**
Pauline K. Morgan
Joseph M. Barry
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899

**BY EMAIL/AND FIRST CLASS MAIL**
Alan W. Kornberg
Brian S. Herman
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, New York 10019

      Under penalty of perjury, I declare the foregoing to be true and correct.

                                     Gabriel R. MacConaill

Pac#808873