IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                    )   Chapter 11
                                          )
FOAMEX INTERNATIONAL INC.                 )   Case No. 05-12685 (KG)
                                          )
           Reorganized Debtor.            )
---------------------------------------------------------------x
                                          )
THE BANK OF NEW YORK, AS INDENTURE        )   Civil Action No. 07-00212 (JJF)
TRUSTEE,                                  )
                                          )
           Appellant,                     )
                                          )
   v.                                     )
                                          )
FOAMEX INTERNATIONAL INC.                 )
                                          )
           Appellee.                      )
                                          )
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Glenn E. Siegel and Ross K. Hirsch and Davin J. Hall of Dechert LLP, to represent Appellant, The Bank of New York, as Indenture Trustee, in this matter.

POTTER ANDERSON & CORROON LLP

By: _____
Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000

Dated: July 25, 2007

*Attorneys for Appellant, The Bank of New York, as Indenture Trustee*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date:  July 24, 2007        Signed: _____
                                    Glenn E. Siegel
                                    DECHERT LLP
                                    30 Rockefeller Plaza
                                    New York, New York 10112
                                    Telephone: (212) 698-3500
                                    Facsimile: (212) 698-3599

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 24, 2007          Signed: _____
                                    Ross L. Hirsch
                                    **DECHERT LLP**
                                    30 Rockefeller Plaza
                                    New York, New York 10112
                                    Telephone: (212) 698-3500
                                    Facsimile: (212) 698-3599

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 24, 2007     Signed: _____
                                Davin D Hall
                                **DECHERT LLP**
                                30 Rockefeller Plaza
                                New York, New York 10112
                                Telephone: (212) 698-3500
                                Facsimile: (212) 698-3599

## CERTIFICATE OF SERVICE

I, Gabriel R. MacConaill, certify that I am not less than 18 years of age and that on this 25th day of July, 2007, I caused a true and correct copy of the within **Motion and Order for Admission Pro Hac Vice** to be served upon the parties below in the matter indicated:

**APPELLEES**:

**BY HAND DELIVERY**
Pauline K. Morgan
Joseph M. Barry
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899

**BY EMAIL/AND FIRST CLASS MAIL**
Alan W. Kornberg
Brian S. Herman
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, New York 10019


Under penalty of perjury, I declare the foregoing to be true and correct.

_____
Gabriel R. MacConaill

Pac#808895