IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
IN RE:                              :
                                    :  Chapter 11
                                    :
FOAMEX INTERNATIONAL INC.,          :  Case No. 05-12685-KG
                                    :
                                    :
       Reorganized Debtor.          :
_____       :_____
                                    :
THE BANK OF NEW YORK, AS            :
INDENTURE TRUSTEE,                  :
                                    :
       Appellant,                   :
                                    :
  v.                                :  Civil Action No. 07-212-JJF
                                    :
FOAMEX INTERNATINOAL INC.,          :
                                    :
       Appellee.                    :
```

**FINAL ORDER**

At Wilmington, this 28th day of February 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Bankruptcy Court's March 23, 2007 Order Denying The Request Of The Bank Of New York, As Indenture Trustee, To Compel The Reorganized Debtors To Pay Post-Maturity Compound Interest On The 2005 Notes (the "Order") is **REVERSED**.

Joseph J Farnan
UNITED STATES DISTRICT JUDGE