IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FOAMEX INTERNATIONAL INC. ) | Case No. 05-12685 (KG) |
| ) | |
| Reorganized Debtor. ) | |
| ──────────────────────────x | |
| BANK OF NEW YORK, AS INDENTURE ) | Civil Action No. 07-212 (JJF) |
| TRUSTEE, ) | |
| ) | |
| Appellant, ) | **NOTICE OF APPEAL** |
| v. ) | |
| ) | |
| FOAMEX INTERNATIONAL INC., *et al.* ) | |
| ) | |
| Appellees. ) | |

Notice is hereby given that Foamex International Inc., Foamex L.P., Foamex Latin America, Inc., Foamex Asia, Inc., FMXI, Inc., Foamex Carpet Cushion LLC, Foamex Capital Corporation, Foamex Mexico, Inc. and Foamex Mexico II, Inc., the above-captioned appellees, hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's memorandum opinion and order [D.I. 13 and 14], dated February 28, 2008, reversing the order of the United States Bankruptcy Court for the District of Delaware dated March 23, 2007.

Dated: Wilmington, Delaware
March 28, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Pauline K. Morgan (Del. Bar No. 3650)
Joseph M. Barry (Del. Bar No. 4221)
Kenneth J. Enos (Del. Bar No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Foamex International Inc., *et al.*