## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
In re:                                    )    Chapter 11
                                          )
FOAMEX INTERNATIONAL INC.                 )    Case No. 05-12685 (KG)
                                          )
              Reorganized Debtor.         )
-----------------------------------------------------------------x
BANK OF NEW YORK, AS INDENTURE            )    Civil Action No. 07-212 (JJF)
TRUSTEE,                                  )
                                          )
              Appellant,                  )
       v.                                 )
                                          )
FOAMEX INTERNATIONAL INC., et al.         )
                                          )
              Appellees.                  )
-----------------------------------------------------------------x
```

### AFFIDAVIT OF SERVICE

```
STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )
```

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Defendant and that on the 28 day of March 2008 she caused a copy of the following document(s):

Notice of Appeal [Docket No. 15]

To be served on the parties listed on the attached service list.

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ___/___ day of April 2008

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

## SERVICE LIST

Glenn E. Siegel
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
(Indenture Trustee/Bank of New York)
***First Class Mail***

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of New York)
***Hand Delivery***